UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-CR-00736 JAR (PLC) |
| | ) | |
| ADAM L. FRANCISCO, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Jeffrey B. Jensen, and John R. Mantovani, Assistant United States Attorney for said district, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and moves this Court to dismiss this indictment, and this indictment only, against defendant Adam L. Francisco for the reason that the charges contained in this indictment have been added by way of a second superseding indictment in *United States v. Joseph A. Israel et al.* under cause number 4:18-CR-00399 CDP (NAB).

JEFFREY B. JENSEN
United States Attorney

*/s/ John R. Mantovani*
JOHN R. MANTOVANI, #50867MO
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that November 7, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dan Juengel, Attorney for Defendant.

*/s/ John R. Mantovani*
JOHN R. MANTOVANI, #50867MO
Assistant United States Attorney